# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 362 EAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
TROY CARSTON, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.